UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **KIMBERLY ELAINE HARRIS** | ) | CASE NO. 18-07098-JMC-13 |
| | ) | |
| DEBTOR | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| **KIMBERLY ELAINE HARRIS** | ) | ADVERSARY NO. |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **PARTNERS FOR PAYMENT RELIEF DE IV, LLC** | ) | |
| | ) | |
| DEFENDANT | ) | |

## COMPLAINT TO AVOID WHOLLY UNSECURED MORTGAGE

Comes now the Plaintiff, Kimberly Elaine Harris, by counsel, and hereby moves the Court, pursuant to 11 U.S.C. §1322(b), to avoid the wholly unsecured mortgage of **Partners for Payment Relief DE IV, LLC** on the following real property:

**LOT 157 IN GLICK'S EAST 42ND STREET ADDITION, SECTION 3, AN ADDITION TO THE CITY OF INDIANAPOLIS, AS PER PLAT THEREOF, RECORDED AS INSTRUMENT NO. 71-50729, IN THE OFFICE OF THE RECORDER OF MARION COUNTY, INDIANA.**

Commonly known as: **9655 Pepperidge Drive, Indianapolis, IN 46235**

1. Debtor filed a Chapter 13 bankruptcy proceeding on September 14, 2018.

2. **Partners for Payment Relief DE IV, LLC** obtained a mortgage on the real estate located at **9655 Pepperidge Drive, Indianapolis, IN 46235** on September 1, 2006.

3. The value of the Property as of the Petition Date is Fifty-Eight Thousand Four Hundred Dollars and 00/100 ($58,400.00).

4. **Partners for Payment Relief DE IV, LLC's** mortgage is in the amount of $55,330.07.

5. The total amount of all other liens on the Property is: $61,126.11

   List of lien(s) Debtor does not seek to avoid

   a) Midfirst Bank (1st Mortgage) - $61,126.11

6. Counsel's office has checked with the Indiana Secretary of State's Office and there is no Registered Agent listed for **Partners for Payment Relief DE IV, LLC.**

7. **Partners for Payment Relief DE IV, LLC's** mortgage is wholly unsecured and is subject to avoidance under 11 U.S.C. §1322(b).

8. Plaintiff hereby gives notice that she consents to the entry of final order or judgment by the bankruptcy court on this matter.

**WHEREFORE**, after notice and opportunity for hearing, Debtor prays for an order canceling and avoiding the lien held in favor of **Partners for Payment Relief DE IV, LLC** on Debtor's real property at **9655 Pepperidge Drive, Indianapolis, IN 46235** at such time as the Chapter 13 plan is completed and a Discharge Order is entered pursuant to 11 U.S.C. § 1322(b) and for all other just and proper relief.

Respectfully submitted,

*/s/ Keith E. Gifford*
Keith E. Gifford
Attorney for Debtor
REDMAN LUDWIG, P.C.
151 N. Delaware Street, Suite 1106
Indianapolis, IN  46204
(317) 685-2426 - telephone
(317) 636-8686 - fax
kgifford@redmanludwig.com