# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### Hearing Information:

| | |
|---|---|
| **Debtor:** | KIMBERLY ELAINE HARRIS |
| **Case Number:** | 18-07098-JMC-13   **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, FEBRUARY 12, 2019 01:00 PM   IP 325 |
| **Bankruptcy Judge:** | JAMES M. CARR |
| **Courtroom Clerk:** | HEATHER BUTLER |
| **Reporter / ECR:** | HEATHER BUTLER |

### Matter:

Continued Hearing on Trustee's Objection to Confirmation of Amended Plan [18], [30]

**R / M #:**   0 / 0

### Appearances:

MOLLY MILLER, TRUSTEE
KEITH GIFFORD, ATTORNEY FOR KIMBERLY ELAINE HARRIS

### Proceedings:

Disposition:  Hearing held.  Objection sustained.  All outstanding taxes or BC100 to be submitted to the Trustee and amended plan to be filed within 30 days.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**