**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Kimberly Elaine Harris |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of Indiana |
| Case number | 18-07098-JMC-13 |

Official Form 410S1

# Notice of Mortgage Payment Change     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Partners for Payment Relief DE IV, LLC

**Court claim no.** (if known): 5-1

**Last 4 digits** of any number you use to identify the debtor's account: 9 3 4 6

**Date of payment change:**
Must be at least 21 days after date of this notice: 01/20/2019

**New total payment:** $ 1,337.00
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____      New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☐ No
   ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: 12.750 %      New interest rate: 12.750 %

   Current principal and interest payment: $ 1,311.07      New principal and interest payment: $ 1,337.00

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____      New mortgage payment: $ _____

| Debtor 1 | Kimberly Elaine Harris | Case number (if known) | 18-07098-JMC-13 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Molly Slutsky Simons        Date  12/27/2018
Signature

Print:  Molly Slutsky Simons        Title  Attorney for Creditor
       First Name   Middle Name   Last Name

Company  Sottile & Barile, Attorneys at Law

Address  P.O. Box 476
         Number       Street

         Loveland              OH       45140
         City                  State    ZIP Code

Contact phone  513-444-4100            Email  bankruptcy@sottileandbarile.com

**FCI Lender Services, Inc.**
Customer Service: (800) 931-2424   Fax: 714-282-5775
Customer Information: www.trustfci.com NMLS #4920, BRE #01022780

11/30/2018

## SUBSEQUENT INTEREST RATE ADJUSTMENT

| Summary | |
|---|---|
| Account # | ██████████ |
| Statement Date | 11/30/2018 |

| Account Information | |
|---|---|
| Unpaid Principal Balance | $43,451.80 |
| Interest Rate | 12.75000000% |
| Prepayment Penalty | No |

KIMBERLY E HOWGATE
4504 PINE LAKE WAY
INDIANAPOLIS, IN 46268

Under the terms of your Adjustable-Rate Mortgage (ARM), you had a 1 month period during which your interest rate stayed the same. The period ends on 12/21/2018, so on that date your interest rate may change. After that, your interest rate may change Monthly for the rest of your loan term. Any change in your interest rate may also change your mortgage payment.

| | Current Rate & Monthly Payment | Estimated New Rate & Monthly Payment |
|---|---|---|
| Interest Rate | 12.75000000% | 12.75000000% |
| Principal | $725.47 | $725.47 |
| Interest | $591.80 | $611.53 |
| Escrow | $0.00 | $0.00 |
| Suspense | $0.00 | $0.00 |
| Other Payments | $0.00 | $0.00 |
| Total Monthly Payment | $1,317.27 | $1,337.00 |

(due 01/20/2019)

<u>Interest Rate</u>: We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin". Under your loan agreement, your index rate is the WSJ Prime Rate and your margin is 7.500%. The WSJ Prime Rate is published Daily in Not Info.

<u>Rate Limit</u>: Your rate can never be higher than 18.250% over the life of the loan. Your rate can never be lower than 7.500% over the life of the loan. This additional increase may apply to your interest rate when it adjusts again on 01/21/2019.

<u>New Interest Rate and Monthly Payment</u>: The table above shows our estimate of your new interest rate and new monthly payment. These amounts are based on the most recently published WSJ Prime Rate, your interest rate limitations, your loan balance of $43,451.80, and your remaining loan term of 61 months.

<u>If You Anticipate Problems Making Your Payments</u>:
- Contact FCI Lender Services at 1-800-931-2424 ext. 650 as soon as possible
- If you seek an alternative to the upcoming changes to your interest rate and payment, the following options may be possible (most are subject to lender approval):
    - <u>**Refinance your loan**</u>
    - <u>**Sell your home**</u> and use the proceeds to pay off your current loan
    - <u>**Modify your loan terms**</u>
    - <u>**Payment forbearance**</u> temporarily gives you more time to pay your monthly payment
- If you would like contact information for counseling agencies or programs in your area, call the US Department of Housing and Urban Development (HUD) at 800-569-4287 or visit www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. If you would like contact information for a State housing finance agency, visit the US Consumer Financial Protection Bureau (CFPB) at www.consumerfinance.gov/mortgagehelp/

IMPORTANT NOTICE: IF YOU OR YOUR ACCOUNT ARE SUBJECT TO PENDING BANKRUPTCY PROCEEDINGS, OR IF YOU RECEIVED A BANKRUPTCY DISCHARGE ON THIS DEBT, THIS STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT. IF YOU ARE NOT IN BANKRUPTCY OR DISCHARGED OF THIS DEBT, BE ADVISED THAT FCI IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re:                                                                Case No. 18-07098-JMC-13

Kimberly Elaine Harris
                                                                          Chapter 13

Debtor(s).                                                         Judge James M. Carr

## CERTIFICATE OF SERVICE

I certify that on December 27, 2018, a copy of the foregoing Notice of Mortgage Payment Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

   Keith Eirik Gifford, Debtor's Counsel
   kgooden@redmanludwig.com

   Nathan William Gooden, Debtor's Counsel
   ngooden@redmanludwig.com

   John Morgan Hauber, Trustee
   ecfmail@hauber13.com

   Office of the U.S. Trustee
   ustpregion10.in.ecf@usdoj.gov

I further certify that on December 27, 2018, a copy of the foregoing Notice of Mortgage Payment Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

   Kimberly Elaine Harris, Debtor
   9655 Pepperidge Dr.
   Indianapolis, IN 46235

                                                                          Respectfully Submitted,

                                                                          /s/ Molly Slutsky Simons
                                                                          Molly Slutsky Simons (OH 0083702)
                                                                          Sottile & Barile, Attorneys at Law
                                                                          P.O. Box 476
                                                                          Loveland, OH 45140
                                                                          Phone: 513.444.4100
                                                                          Email: bankruptcy@sottileandbarile.com
                                                                          Attorney for Creditor